IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANTHONY P. HEARD, JR,

    Plaintiff,

v.

PETER HUIBREGTSE, MATTHEW SCULLION, MOLLI ROLLI, SCOTT RUBIN-ASCH, STACY HOEM, NURSE MORA, P.S.U. STAFF and H.S.U. DEPARTMENT,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-96-bbc

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case.

_____
Peter Oppeneer, Clerk of Court

MAY 28 2010
_____
Date